DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MERJEME AVILES,** as Guardian of **PENELOPI BITSI,**
Appellant,

v.

**HEIDI BITSI,**
Appellee.

No. 4D22-593

[March 23, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; Case No. 502019CA000463.

Craig A. Boudreau, West Palm Beach, for appellant.

Marshall J. Osofsky, Law Office of Paul A. Krasker, P.A., for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***